UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br>v.<br><br>DONALD J. VANDERBLOOMEN,<br><br>                         Defendant. | Case No. 12-CR-68-JPS<br><br>ORDER |

On November 19, 2012, United States Magistrate Judge Patricia J. Gorence issued a recommendation (Docket #26) that this Court enter an order denying Defendant Donald J. Vanderbloomen's Motion to Dismiss (Docket #21). No timely objection has been filed. 28 U.S.C. § 636(b)(1)(C); Fed. R. Crim. P. 59(b)(2); Gen. L. R. 72(c).

"If no objection or only a partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999) (citations omitted).

The Court has reviewed the recommendation and finds no clear error. Accordingly,

IT IS ORDERED that Magistrate Judge Patricia J. Gorence's Recommendation dated November 19, 2012 (Docket #26) be and the same is hereby ADOPTED; and

IT IS FURTHER ORDERED that the defendant's Motion to Dismiss (Docket #21) be and the same is hereby DENIED.

Dated at Milwaukee, Wisconsin, this 11th day of December, 2012.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge